AUSA: Timothy E. Garcia Telephone: (313) 226-9522

AO 91 (Rev. 11/11) Criminal Complaint Agent: Alexander Carlson Telephone: (313) 450-2590

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Jose Luis DE JESUS-Cayetano,
aka Jose Luis De Jesus-Calletan

Case No.
Case: 2:26−mj−30492
Assigned To : Unassigned
Assign. Date : 8/18/2026
Description: RE: JOSE LUIS DE JESUS−CAYETANO (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 14, 2026 in the county of Washtenaw in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Alexander Carlson, U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Judge's signature*

Date: August 18, 2026

City and state: Detroit, MI

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

# Affidavit

I, Alexander Carlson, declare the following under penalty of perjury:

1. I am an agent with the U.S. Department of Homeland Security, U.S. Border Patrol. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and record checks of law enforcement databases. I have also reviewed the immigration file and system automated data relating to Jose Luis DE JESUS-Cayetano, aka Jose Luis De Jesus-Calletan, a native and citizen of Mexico.
2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant for DE JESUS-Cayetano, for a violation of 8 U.S.C. § 1326(a), unlawful re-entry following removal. I have not included every fact known to law enforcement related to this investigation.
3. On or about December 30, 2010, DE JESUS-Cayetano was encountered by United States Border Patrol Agents near Sil Nakya, Arizona, and processed as an Expedited Removal. On the same day, DE JESUS-Cayetano was removed from the United States to Mexico through Nogales, Arizona.

4. On or about January 10, 2012, DE JESUS-Cayetano was encountered by United States Border Patrol Agents near Lukeville, Arizona, and processed as a Reinstatement of a Deport Order.
5. On or about January 12, 2012, DE JESUS-Cayetano was convicted of 8 U.S.C. § 1325(a)(1), Illegal Entry, a misdemeanor, and sentenced to 30 days imprisonment in Tucson, Arizona.
6. On or about February 8, 2012, DE JESUS-Cayetano was removed from the United States to Mexico through Nogales, Arizona.
7. On or about August 14, 2026, the Riverview Police Department contacted the Border Patrol Gibraltar Station requesting assistance identifying DE JESUS-Cayetano, whom officers encountered in Riverview, Michigan, in the Eastern District of Michigan.
8. After arriving at the location, the responding agent identified himself as a United States Border Patrol Agent and conducted an immigration inspection. Agents questioned DE JESUS-Cayetano and determined that he had unlawfully entered the United States at a time and place other than as designated by the Attorney General of the United States or the Secretary of Homeland Security of the United States. Upon determining DE JESUS-Cayetano had illegally re-entered the United States, the Border Patrol Agent

placed DE JESUS-Cayetano under arrest and transported him to the Gibraltar Station for processing.

9. While at the Gibraltar Border Patrol Station, Border Patrol Agents captured DE JESUS-Cayetano's fingerprints and photograph and entered this information into the Automated Biometric Identification System (IDENT) and the Next Generation Identification (NGI). The results revealed that DE JESUS-Cayetano is a citizen of Mexico, with no record of obtaining permission to re-enter the United States following his February 8, 2012, removal.

10. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, U.S. Code, to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

11. Review of the Alien File (A# XXX XXX 966) for DE JESUS-Cayetano, and queries in U.S. Department of Homeland Security databases confirm no record exists of DE JESUS-Cayetano obtaining permission from the Attorney General or the Secretary of Homeland Security to re-apply for

admission to the United States after his removal from the United States on February 8, 2012.

12. Based on the above information, there is probable cause to conclude that on or about August 14, 2026, in the Eastern District of Michigan, Jose Luis DE JESUS-Cayetano, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about February 8, 2012, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

Alexander Carlson, U.S. Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Hon. David R. Grand
United States Magistrate Judge

August 18, 2026